**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JOSE MIGUEL CABARCAS GRACIAS, | ) | |
| Petitioner, | ) | |
| | ) | NO. CIV-26-2151-HE |
| -vs- | ) | |
| FRED FIGUEROA, Warden, et al., | ) | |
| Respondents. | ) | |

**JUDGMENT**

In accordance with the order entered this date, the petition for writ of habeas corpus under 28 U.S.C. § 2241 is granted in part.

**IT IS SO ORDERED**.

Dated this 14th day of September, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE