**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JOSE MIGUEL CABARCAS GRACIAS, | ) | |
| Petitioner, | ) | |
| -vs- | ) | NO. CIV-26-2151-HE |
| FRED FIGUEROA, Warden, et al., | ) | |
| Respondents. | ) | |

**ORDER**

In light of the court's September 14, 2026 order [Doc. #7] granting in part the habeas corpus petition and requiring respondents to provide petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven days, the motion for leave to file reply out of time [Doc. #9] and reply [Doc. #10] are **STRICKEN as MOOT**.

**IT IS SO ORDERED**.

Dated this 21st day of September, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE